IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| TERRY JOHNSON, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:19-cv-00360-SWW |
| | * | |
| | * | |
| WILLARD PROCTOR, JR.; | * | |
| ARKANSAS DEPARTMENT OF | * | |
| COMMUNITY CORRECTION; | * | |
| FIRST BAPTIST CHURCH; and | * | |
| ASA HUTCHINSON, | * | |
| | * | |
| Defendants. | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is Considered, Ordered, and Adjudged that this action is hereby dismissed.

IT IS SO ORDERED this 29th day of May 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE